| AO 10 Rev. 1/2010 | **FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2009** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) Thompson, Anne E. | 2. Court or Organization U.S. District Court | 3. Date of Report 06/04/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) District Judge - Senior Status | 5a. Report Type (check appropriate type) ☐ Nomination. Date ☐ Initial ☑ Annual ☐ Final  5b. ☐ Amended Report | 6. Reporting Period 01/01/2009 to 12/31/2009 |
| 7. Chambers or Office Address 402 E. State Street Room 4000 Trenton, NJ 08608 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member - Criminal Law Drafting Committee | National Conference of Bar Examiners |
| 2. | Co-Trustee | Trust #1 - U/W [            ] Art. Fifth |
| 3. | Co-Trustee | Trust #2 - U/W [            ] Art. Sixth |
| 4 | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

DISCLOSURE OFFICE 2010 JUN -9 P 4:49 RECEIVED

Thompson, Anne E.

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Anne E. | 06/04/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|
| 1. 2009 | National Conference of Bar Examiners -- Fees earned for drafting, editing & revising bar exam and evaluating performance of test questions. | $6,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children: see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Conference of Bar Examiners | May 14-17, 2009 | Jackson Hole, WY | Activity of Organization | Airfare, Hotel, Meals & Local Transportation |
| 2. | National Conference of Bar Examiners | October 22-25, 2009 | Atlanta, GA | Activity of Organization | Airfare, Hotel, Meals & Local Transportation |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Anne E. | 06/04/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Anne E. | 06/04/2010 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets. or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Sun Nat'l Bank Checking Account | A | Interest | K | T | | | | | |
| 2. Dukes County Bank Account | | None | J | T | | | | | |
| 3. ING Direct | | None | J | T | | | | | |
| 4. Glenmede Tax-Exempt Fund | A | Int./Div. | J | T | | | | | |
| 5. Genentech Inc | | None | | | Sold | 01/09/09 | J | A | |
| 6. Talisman Energy | | None | | | Sold | 05/08/09 | J | A | |
| 7. Procter & Gamble Co | A | Dividend | J | T | | | | | |
| 8. FPL Group | | None | | | Sold | 01/27/09 | J | A | |
| 9. Hansen Natural Corp | | None | J | T | | | | | |
| 10. JP Morgan & Chase Co | A | Dividend | | | Sold | 06/19/09 | J | A | |
| 11. General Electric Co | A | Dividend | | | Sold | 01/09/09 | J | A | |
| 12. Express Scripts | | None | | | Sold | 11/23/09 | J | B | |
| 13. CVS Corp | A | Dividend | | | Sold | 11/09/09 | J | A | |
| 14. Goldman Sachs Group Inc | | None | | | Sold | 02/04/09 | J | B | |
| 15. Rio Tinto PLC | A | Dividend | | | Sold | 05/29/09 | J | B | |
| 16. U.S. Bancorp | A | Dividend | J | T | | | | | |
| 17. Dominion Resources | A | Dividend | J | T | Buy | 03/20/09 | J | | |

1. Income Gain Codes: A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
(See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
(See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
(See Column C2)  U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Anne E. | 06/04/2010 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B.<br>Income during reporting period<br>(1) Amount Code 1 (A-H) | <br><br>(2) Type (e.g., div., rent, or int.) | C.<br>Gross value at end of reporting period<br>(1) Value Code 2 (J-P) | <br><br>(2) Value Method Code 3 (Q-W) | D.<br>Transactions during reporting period<br>(1) Type (e.g., buy, sell, redemption) | <br>(2) Date mm/dd/yy | <br>(3) Value Code 2 (J-P) | <br>(4) Gain Code 1 (A-H) | <br>(5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Gilead Sciences Inc | | None | J | T | Buy | 03/27/09 | J | | |
| 19. Walt Disney Inc | | None | | | Buy | 04/02/09 | J | | |
| 20. Walt Disney Inc | | None | | | Sold | 09/11/09 | J | A | |
| 21. Exelon Corporation | A | Dividend | J | T | Buy | 05/13/09 | J | | |
| 22. McDonalds Corp | A | Dividend | J | T | Buy | 06/08/09 | J | | |
| 23. Varian Medical Systems Inc | | None | J | T | Buy | 06/10/09 | J | | |
| 24. ITT Educational Services | | None | J | T | Buy | 11/03/09 | J | | |
| 25. Intel Corp | | None | J | T | Buy | 11/24/09 | J | | |
| 26. TRUST #1 -- U/W      Art. Fifth | C | Dividend | O | T | | | | | |
| 27. -- NJ State Tpk Auth Bond | | | | | Redeemed | 01/02/09 | J | A | |
| 28. -- Fidelity Diversified Int'l Fund | | | | | Sold (part) | 02/06/09 | J | A | |
| 29. -- Fidelity Cash Reserves | | | | | | | | | |
| 30. -- Fidelity Advisor New Insights Fund | | | | | | | | | |
| 31. -- Fidelity Real Estate Investment Fund | | | | | Sold (part) | 10/05/09 | J | B | |
| 32. -- Fidelity Blue Chip Growth Fund | | | | | | | | | |
| 33. -- Fidelity NJ Municipal Income Fund | | | | | | | | | |
| 34. -- Fidelity Short-Inter Mediate Muni Income Fund | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Anne E. | 06/04/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children: see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | -- Cambriar Opportunity Investor Fund | | | | | | | | | |
| 36. | -- AllianceBern Muni Inc Fund II NJ | | | | | | | | | |
| 37. | -- Allianz NFJ Dividend Value Fund | | | | | Sold (part) | 02/06/09 | J | A | |
| 38. | -- Allianz NFJ Dividend Value Fund | | | | | Sold | 04/23/09 | J | A | |
| 39. | -- Baron Growth Fund | | | | | Sold (part) | 12/17/09 | J | A | |
| 40. | -- Clipper Fund | | | | | Sold | 10/05/09 | J | B | |
| 41. | -- Columbia Marisco Focused Eq. CL A | | | | | Sold (part) | 10/05/09 | K | C | |
| 42. | -- Credit Suisse Commd Return Strategy Com Shr | | | | | Sold | 02/06/09 | J | A | |
| 43. | -- DWS Strategic High Yield Tax Free CL S | | | | | | | | | |
| 44. | -- Davis NY Venture CL A | | | | | Sold (part) | 12/17/09 | J | C | |
| 45. | -- Diamond Hill Small Cap Fund CL A | | | | | Sold (part) | 12/17/09 | J | A | |
| 46. | -- Eaton Vance Float Rate High Income Fund Adv | | | | | Sold | 10/05/09 | J | B | |
| 47. | -- Franklin NJ Tax Free Income Fund A | | | | | Buy (add'l) | 12/17/09 | J | | |
| 48. | -- Harbor Capital Appreciation Fund | | | | | | | | | |
| 49. | -- Hartford Capital Appreciation Fund CL A | | | | | | | | | |
| 50. | -- Hotchkins & Wiley Mid Cap Value Fund CL A | | | | | Sold (part) | 10/05/09 | J | A | |
| 51. | -- Morgan Stanley Mid Cap Growth Port CL P | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Anne E. | 06/04/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children: see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. -- Mutual Series Mutual Shares CL A | | | | | Sold (part) | 10/05/09 | J | B | |
| 53. -- Nuveen NJ Muni Bond Fund CL A | | | | | Buy (add'l) | 04/23/09 | J | | |
| 54. -- T Rowe Price Mid Cap Value Fund Adv Class | | | | | Sold (part) | 10/05/09 | J | A | |
| 55. -- T Rowe Price Value Fund Adv Class | | | | | | | | | |
| 56. -- Royce PA Mutual Fund | | | | | Sold (part) | 12/17/09 | J | A | |
| 57. -- S&P 500 Depository Receipt | | | | | Sold (part) | 10/07/09 | J | C | |
| 58. -- CRM Mid Cap Value Investor Fund | | | | | | | | | |
| 59. -- Fidelity AMT Tax-Free Money Mkt Fund | | | | | Buy | 02/05/09 | K | | |
| 60. -- Pimco Real Estate Admin Class Fund | | | | | Buy | 02/06/09 | J | | |
| 61. -- Pimco Commodity Real Ret Strat Admin | | | | | Buy | 02/06/09 | J | | |
| 62. -- Pioneer Cullen Value Fund | | | | | Buy | 04/23/09 | J | | |
| 63. -- Pioneer Cullen Value Fund | | | | | Sold | 10/05/09 | J | B | |
| 64 -- Fidelity Emerging Markets Fund | | | | | Buy | 10/05/09 | J | | |
| 65. -- AIM International Growth Fund | | | | | Buy | 10/05/09 | J | | |
| 66. -- Artio International Equity Fund II | | | | | Buy | 10/05/09 | J | | |
| 67. -- Manning & Napier World Oppt | | | | | Buy | 10/05/09 | J | | |
| 68. -- Thornburg Int'l Value Fund | | | | | Buy | 10/05/09 | J | | |

1. Income Gain Codes: (See Columns B1 and D4)
2. Value Codes (See Columns C1 and D3)
3. Value Method Codes (See Column C2)

| A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| Q =Cost (Appraisal) | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Anne E. | 06/04/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -- Vitrus Foreign Opportunities Fund | | | | | Buy | 10/05/09 | J | | |
| 70. -- Goldman Sachs High Yield Fund | | | | | Buy | 10/05/09 | J | | |
| 71. -- T Rowe Price High Yield Fund | | | | | Buy | 10/05/09 | J | | |
| 72. -- Templeton Global Bond Fund | | | | | Buy | 10/05/09 | J | | |
| 73. -- MFS International Value Fund | | | | | Buy | 12/17/09 | J | | |
| 74. TRUST #2 -- U/W [____] Art. Sixth | C | Dividend | ● | T | | | | | |
| 75. -- Burlington County NJ Bond | | | | | | | | | |
| 76. -- Ocean City NJ Bond | | | | | | | | | |
| 77. -- Fidelity Diversified Int'l Fund | | | | | Sold (part) | 04/23/09 | J | A | |
| 78. -- Fidelity Cash Reserves | | | | | | | | | |
| 79. -- Fidelity Advisor Mid Cap Fund II CL I | | | | | | | | | |
| 80. -- Fidelity Advisor Int'l Discovery Fund CL I | | | | | | | | | |
| 81. -- Fidelity Real Estate Investment Fund | | | | | Sold (part) | 08/14/09 | J | B | |
| 82. -- Fidelity Blue Chip Growth Fund | | | | | | | | | |
| 83. -- Fidelity Short-Inter Mediate Muni Income Fund | | | | | | | | | |
| 84. -- Allianz NFJ Dividend Value Fund | | | | | Sold (part) | 08/14/09 | J | A | |
| 85. -- Baron Growth Fund | | | | | Sold (part) | 08/14/09 | J | A | |

1. Income Gain Codes: A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2)   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Anne E. | 06/04/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income. assets. or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -- Columbia Marisco Focused Eq. CL A | | | | | Sold (part) | 08/14/09 | K | C | |
| 87. -- Credit Suisse Commd Return Strategy Com Shr | | | | | Sold | 02/06/09 | J | A | |
| 88. -- DWS Strategic High Yield Tax Free CL S | | | | | | | | | |
| 89. -- Davis NY Venture CL A | | | | | Sold (part) | 08/14/09 | J | C | |
| 90. -- Diamond Hill Small Cap Fund CL A | | | | | Sold (part) | 08/14/09 | J | A | |
| 91. -- Eaton Vance Float Rate High Income Fund Adv | | | | | Sold | 08/14/09 | J | B | |
| 92. -- Franklin NJ Tax Free Income Fund A | | | | | Buy (add'l) | 04/23/09 | J | | |
| 93. -- Harbor Capital Appreciation Fund | | | | | | | | | |
| 94. -- Hartford Capital Appreciation Fund CL A | | | | | Sold (part) | 08/14/09 | J | C | |
| 95. -- IShares TR Russell 100 Growth Index Fund | | | | | | | | | |
| 96. -- Artio Int'l Equity Fund II CL A | | | | | | | | | |
| 97 -- Mutual Series Mutual Shares CL A | | | | | | | | | |
| 98. -- Nuveen NJ Muni Bond Fund CL A | | | | | | | | | |
| 99. -- RS Value Fund | | | | | | | | | |
| 100. -- Rainier Large Cap Equity Port Fund | | | | | Sold | 08/14/09 | J | B | |
| 101. -- T Rowe Price Mid Cap Value Fund Adv Class | | | | | Sold (part) | 08/14/09 | J | C | |
| 102. -- T Rowe Price Value Fund Adv Class | | | | | Sold (part) | 08/14/09 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Anne E. | 06/04/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children: see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. -- Royce PA Mutual Fund | | | | | Sold (part) | 08/14/09 | J | A | |
| 104. -- S&P 500 Depository Receipt | | | | | Sold (part) | 08/18/09 | K | D | |
| 105. -- Thornburg Value Fund CL A | | | | | Sold | 08/14/09 | J | C | |
| 106. -- Van Kampen Com Stock CL A | | | | | Sold | 08/14/09 | J | C | |
| 107. -- CRM Mid Cap Value Investor Fund | | | | | Sold (part) | 08/14/09 | J | A | |
| 108. -- Fidelity AMT Tax-Free Money Mkt Fund | | | | | Buy | 02/05/09 | K | | |
| 109. -- AIM International Growth Fund | | | | | Buy | 08/14/09 | J | | |
| 110. -- Artisan Int'l Value Fund | | | | | Buy | 08/14/09 | J | | |
| 111. -- American EuroPacific Growth Fund | | | | | Buy | 08/14/09 | J | | |
| 112. -- GE International Equity Service Fund | | | | | Buy | 08/14/09 | J | | |
| 113. -- MFS International Value Fund | | | | | Buy | 08/14/09 | J | | |
| 114. -- Manning & Napier World Oppt | | | | | Buy | 08/14/09 | J | | |
| 115. -- Oppenheimer Commod Strat Total Return | | | | | Buy | 08/14/09 | K | | |
| 116. -- SSGA Emerging Markets | | | | | Buy | 08/14/09 | J | | |
| 117. -- Thornburg Int'l Value Fund | | | | | Buy | 08/14/09 | J | | |
| 118. -- AllianceBern Muni Inc II NJ Fund | | | | | Buy | 08/14/09 | J | | |
| 119. -- Pimco Real Estate Admin Class Fund | | | | | Buy | 08/14/09 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Anne E. | 06/04/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -- T Rowe Price High Yield Fund | | | | | Buy | 08/14/09 | K | | |
| 121. -- Templeton Global Bond Fund | | | | | Buy | 08/14/09 | J | | |
| 122. GLENMEDE IRA | None | | O | T | | | | | |
| 123. -- Glenmede Core Fixed Income Port | | | | | Buy (add'l) | 03/13/09 | M | | |
| 124. -- Bank of America Bond | | | | | | | | | |
| 125. -- Corp Backed Trust Certs Bond | | | | | Sold (part) | 01/22/09 | J | A | |
| 126. -- Corp Backed Trust Certs Bond | | | | | Sold (part) | 02/13/09 | J | A | |
| 127. -- Corp Backed Trust Certs Bond | | | | | Sold | 08/26/09 | J | A | |
| 128. -- Corts GE Capital Bond | | | | | | | | | |
| 129. -- ING Group Bond | | | | | Sold | 01/21/09 | J | A | |
| 130. -- General Electric Co | | | | | Sold | 01/09/09 | J | A | |
| 131. -- Exxon Mobil Corp | | | | | | | | | |
| 132. -- Citigroup Inc | | | | | Sold | 04/30/09 | J | A | |
| 133. -- Johnson & Johnson | | | | | | | | | |
| 134. -- Glenmede Govt Cash Fund | | | | | | | | | |
| 135. -- Talisman Energy | | | | | Sold | 05/05/09 | J | B | |
| 136. -- Glenmede International Fund | | | | | | | | | |

1. Income Gain Codes: A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
(See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
(See Columns C1 and D3)  N =$250,001 - $500,000  ● =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
(See Column C2)  U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Anne E. | 06/04/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -- Devon Energy | | | | | Buy (add'l) | 07/07/09 | J | | |
| 138. -- Genentech Inc | | | | | Sold | 01/09/09 | J | C | |
| 139. -- Equitable Resources Inc | | | | | Sold | 08/20/09 | J | A | |
| 140. -- Weatherford Int'l Ltd | | | | | Sold | 05/08/09 | J | A | |
| 141. -- Apple Computer Inc | | | | | Sold | 04/09/09 | J | D | |
| 142. -- Qualcomm Corp | | | | | | | | | |
| 143. -- Rio Tinto PLC | | | | | | | | | |
| 144. -- NII Holdings Inc - CL B | | | | | Buy (add'l) | 06/01/09 | J | | |
| 145. -- McDermott International Inc | | | | | | | | | |
| 146. -- Procter & Gamble Co | | | | | | | | | |
| 147. -- FPL Group Inc | | | | | Sold | 01/27/09 | J | A | |
| 148. -- Nvidia Corp | | | | | Sold | 04/22/09 | J | A | |
| 149 -- Hansen Natural Corp | | | | | | | | | |
| 150. -- Texas Instruments Inc | | | | | Sold | 01/08/09 | J | A | |
| 151. -- Accenture Ltd | | | | | Sold | 01/15/09 | J | A | |
| 152. -- AT&T Inc | | | | | | | | | |
| 153. -- Hartford Financial Services Group Inc | | | | | Sold | 05/08/09 | J | A | |

1. Income Gain Codes:   A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
  P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2)   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Anne E. | 06/04/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -- Google Inc | | | | | | | | | |
| 155. -- JP Morgan Chase & Co | | | | | Sold | 08/18/09 | J | B | |
| 156. -- Carpenter Technology Corp | | | | | Sold | 04/22/09 | J | A | |
| 157. -- Honeywell International Inc | | | | | | | | | |
| 158. -- Nucor Corp | | | | | | | | | |
| 159. -- Express Scripts | | | | | Buy (add'l) | 01/22/09 | J | | |
| 160. -- Express Scripts | | | | | Sold | 11/23/09 | J | C | |
| 161. -- CVS Corp | | | | | Sold | 11/09/09 | J | A | |
| 162. -- Goldman Sachs Group Inc | | | | | Sold | 02/04/09 | J | B | |
| 163. -- U.S. Bancorp | | | | | | | | | |
| 164. -- Baker Hughes Inc | | | | | Buy | 01/06/09 | J | | |
| 165. -- AT&T Inc Bond | | | | | Buy | 03/02/09 | K | | |
| 166. -- AT&T Inc Bond | | | | | Sold | 12/01/09 | K | B | |
| 167. -- Astrazeneca PLC Bond | | | | | Buy | 03/04/09 | K | | |
| 168. -- Conocophillips | | | | | Buy | 03/19/09 | J | | |
| 169. -- Dominion Resources Inc | | | | | Buy | 03/20/09 | J | | |
| 170. -- Gilead Sciences Inc | | | | | Buy | 03/27/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Anne E. | 06/04/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 171. -- Walt Disney Co. | | | | | Buy | 04/02/09 | J | | |
| 172. -- Walt Disney Co. | | | | | Sold | 09/11/09 | J | C | |
| 173. -- Exelon Corp | | | | | Buy | 05/13/09 | J | | |
| 174. -- Novartis AG ADR | | | | | Buy | 05/15/09 | J | | |
| 175. -- ITT Industries Inc | | | | | Buy | 05/20/09 | J | | |
| 176. -- Yum Brands Inc | | | | | Buy | 05/27/09 | J | | |
| 177. -- Northern Trust Corp | | | | | Buy | 05/29/09 | J | | |
| 178. -- McDonalds Corp | | | | | Buy | 06/08/09 | J | | |
| 179. -- Varian Medical Systems | | | | | Buy | 06/10/09 | J | | |
| 180. -- Apache Corp | | | | | Buy | 06/17/09 | J | | |
| 181. -- Cisco Systems | | | | | Buy | 06/26/09 | J | | |
| 182. -- Precision Castparts Corp | | | | | Buy | 07/08/09 | J | | |
| 183. -- Precision Castparts Corp | | | | | Sold | 09/11/09 | J | C | |
| 184. -- Expeditors Int'l Wash Inc | | | | | Buy | 07/13/09 | J | | |
| 185. -- Buffalo Small Cap Fund | | | | | Buy | 07/29/09 | J | | |
| 186. -- William Blair Int'l Growth Fund | | | | | Buy | 07/29/09 | K | | |
| 187. -- Paychex Inc | | | | | Buy | 08/20/09 | J | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Anne E. | 06/04/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets. or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188.  -- Abbott Laboratories | | | | | Buy | 08/28/09 | J | | |
| 189.  -- Baxter International | | | | | Buy | 10/15/09 | J | | |
| 190.  -- ITT Educational Services | | | | | Buy | 11/03/09 | J | | |
| 191.  -- Intel Corp | | | | | Buy | 11/24/09 | J | | |
| 192.  -- Templeton Global Bond Fund | | | | | Buy | 12/07/09 | J | | |
| 193.  -- Legg Mason Brandywine Global Fund | | | | | Buy | 12/07/09 | K | | |
| 194. | | | | | | | | | |
| 195. | | | | | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Anne E. | 06/04/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Anne E. | 06/04/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES
AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544